WILGERS, Respondent, v. SAYER, Appellant.

(156 N. W. 906.)

(File No. 3927.   Opinion filed March 16, 1916.)

**Appeals—Dismissal of Appeal—Briefs, Failure to File—Court Rule— Affirmance.**

> Under Supreme Court Rule 6 (140 N. W. viii) requiring appellant, within 30 days after notice of appeal, or where settled record was not then completed, then within 30 days after such completion, to serve and file his brief on appeal, **held,** that, where for nearly five months after certification of settled record no briefs were filed by either party, the appeal will be dismissed and the judgment appealed from affirmed.

Appeal from Circuit Court, Marshall County.   HON. THOS. L. BOUCK, Judge.

Action by Fritz J. Wilgers, against Rose E. Sayer.   From a judgment for plaintiff defendant appeals.   Appeal dismissed and judgment affirmed.

*Otto L. Kass,* for Appellant.

*R. D. Gardner,* for Respondent.

McCOY, J.   Judgment was entered in the circuit court in favor of plaintiff on the 17th day of March, 1915.   On the 26th day of August, 1915, defendant served notice of appeal.   On the 20th day of October, 1915, the clerk of the circuit court certified the completion of settled record.   No briefs on the part of either party have ever been filed in this court as required by the provisions of Supreme Court rule 6 (140 N. W. viii),   This appeal is therefore dismissed, and the judgment appealed from affirmed.